1 | STEVEN G. KALAR
Federal Public Defender
2 | DANIEL P. BLANK
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA  94102
4 | Telephone:  (415) 436-7700

5 | Counsel for Defendant LY

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,                )
                                                                            )   No. CR 16-0297 CRB
                        Plaintiff,                      )
13 |                                                                        )   STIPULATION AND ORDER
          v.                                                             )   CONTINUING SENTENCING HEARING TO
14 |                                                                        )   JANUARY 18, 2017, 10:00 A.M.
KIET LY,                                                           )
15 |                                                                        )   Honorable Charles R. Breyer
                        Defendant.                  )
16 | _____)

1    At the request of the U.S. Probation Officer, the parties stipulate and jointly request that the
2 sentencing hearing in the above-captioned case be continued to January 18, 2017, at 10:00 a.m. to
3 allow time for verification and preparation of the presentence report.
4 IT IS SO STIPULATED.

BRIAN STRETCH
United States Attorney

7 DATED:   12/1/16                     _____/s/_____
                                       ANDREW DAWSON
8                                      Assistant United States Attorney

10 DATED:   12/1/16                    _____/s/_____
                                       DANIEL P. BLANK
11                                     Assistant Federal Public Defender
                                       Attorney for Kiet Ly

13 IT IS SO ORDERED.
14 DATED:"3414 14238""""                _____
                                        CHARLES R. BREYER
15                                      United States District Judge

STIP. & PROP. ORDER                     1